# AFFIDAVIT OF SPECIAL AGENT ANDREA SCIOLINO
# IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrea Sciolino, being duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") currently assigned to the Boston, Massachusetts Field Office. I have been employed as a Special Agent since July 2017. I am currently tasked with the investigation of economic crimes, including wire fraud, bank fraud, money laundering, and mortgage fraud. I have received on-the-job training as well as FBI-sponsored training on these types of investigations. My investigations and training have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants. I have a Master's degree in accounting and hold an active Certified Public Accounting license in the state of Florida.

2. This affidavit is submitted in support of a criminal complaint charging JUSTIN FARINATO with interstate transportation of stolen goods, in violation of 18 U.S.C. § 2314.

3. This affidavit is submitted for the limited purpose of establishing probable cause to believe that FARINATO violated 18 U.S.C. § 2314. I have included only those facts I believe to be necessary to make this showing. Therefore, this affidavit does not include each and every fact known to me concerning this investigation. The following facts are based on my personal participation in this investigation, which includes interviews of witnesses, the review of documents, and conversations with other law enforcement officers.

## PROBABLE CAUSE

### Overview

4. In or about August 2018, investigators from The Home Depot, Inc. ("Home Depot") provided information to the FBI regarding a series of thefts from Home Depot stores in New

England. According to the Home Depot investigators, FARINATO had stolen merchandise – including light bulbs, thermostats, and other high-cost items – from various Home Depot locations.

5. Based on information provided by the Home Depot investigators, Home Depot has been aware of FARINATO stealing from Home Depot stores since at least 2014. FARINATO has been served with two trespass notices banning him from Home Depot. The first was issued on or about May 6, 2016 and banned FARINATO for a period of five years. The second was issued on or about January 30, 2018 and banned FARINATO for a period of three years. FARINATO nevertheless continued stealing from Home Depot stores, including on various occasions in 2018, as described further below.

6. Based on interviews with witnesses and my review of bank and other records, I believe that FARINATO sold the items he stole from Home Depot to an individual ("Individual 1") who owns an online resale company ("Company A"). Individual 1 then re-sold the stolen items on eBay.

**2018 Home Depot Thefts**

<u>July 25, 2018 Theft in Londonderry, New Hampshire</u>

7. Based on my review of Home Depot records, I am aware that on or about July 25, 2018, Home Depot investigators observed FARINATO, who was known to the investigators as a result of his prior thefts, at Home Depot store #3401 in Londonderry, New Hampshire. The investigators observed FARINATO enter and exit store #3401 three times between approximately 7:30 and 8:00 a.m.

8. According to a Home Depot incident report, at approximately 7:30 a.m., FARINATO entered store #3401 and proceeded to take numerous boxes of Philips Hue light bulbs off of a shelf. FARINATO brought the boxes to an adjacent aisle where he opened some of them

and put the items inside the boxes into the pockets of the cargo shorts he was wearing. FARINATO then climbed into a bay where he discarded the empty boxes before exiting the building through the main entrance doors without paying for the items.

9. After FARINATO exited the store, a Home Depot investigator went to the above-referenced bay and found the empty boxes FARINATO had left behind as well as several unopened boxes of Philips Hue light bulbs. The investigator secured the empty boxes and removed them from the bay but left the unopened boxes in place.

10. CCTV footage shows FARINATO then entering (and later exiting) store #3401 two additional times – at approximately 7:47 a.m. and 7:58 a.m. A Home Depot employee later recovered the remaining boxes from the aforementioned bay, which at that point had been emptied of their contents.

11. Home Depot personnel inspected all of the empty boxes and determined that they had contained the following items:

   a. Four Philips Hue White and Color Ambiance BR30 LED 65W Equivalent Dimmable Smart Wireless Flood Lights priced at $49.97 each;

   b. Two Philips Hue White and Color Ambiance E12 LED 40W Equivalent Decorative Candle Dimmable Smart Wireless Light Bulbs priced at $49.94 each;

   c. Seven Philips Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Lighting Starter Kids priced at $199 each; and

   d. Nine Philips Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Light Bulbs priced at $49.97 each.

Therefore, the total loss suffered by Home Depot store #3401 as a result of FARINATO's theft was approximately $2,142.49.

12. When FARINATO left Home Depot store #3401 in Londonderry, New Hampshire, Home Depot investigators followed him to a location in Salem, Massachusetts, which I know, based on my investigation, to be the address of Company A.[1]

13. Home Depot investigators observed FARINATO then proceed directly from Company A's location to an Eastern Bank branch located at 4 Federal Street in Danvers, Massachusetts, arriving at approximately 9:18 a.m.

14. Based on my review of Eastern Bank records for account number ending in x3483, held by Company A, I am aware that a check drawn on the account, dated July 25, 2018, was made payable to FARINATO in the amount of $160. The records show that this check was cashed at 9:18 a.m. on July 25, 2018 at the Eastern Bank branch located at 4 Federal Street in Danvers, Massachusetts.

15. Later the same day, Home Depot investigators observed FARINATO return to Company A's location and enter the building carrying a blue shopping bag that appeared to be full. When FARINATO left the building approximately 10 minutes later, he was carrying what appeared to be the same blue shopping bag, which had been emptied and rolled up.

<u>July 26, 2018 Theft in Plaistow, New Hampshire</u>

16. The day after the theft in Londonderry, New Hampshire, on or about July 26, 2018, FARINATO was again observed by Home Depot investigators. Based on my review of Home Depot records, I am aware that early that morning, investigators followed FARINATO from his

---

[1] Home Depot investigators observed FARINATO's vehicle parked in the parking lot at this location for approximately five minutes before departing.

home to a gas station. Surveillance was lost on FARINATO after he departed the gas station. At approximately 6:44 a.m., surveillance was re-established at Home Depot store #3487 in Plaistow, New Hampshire. Investigators observed FARINATO enter store #3487 at approximately 6:46 a.m. and walk directly to the area of the store containing Philips Hue light bulbs. FARINATO took several boxes of light bulbs and carried them to the adjacent aisle, where he opened some of the boxes and put the items inside the boxes into the pockets of his jacket and cargo shorts. He then hid the boxes behind other store merchandise and walked out of the store without paying for any items.

17. After FARINATO left the store, a Home Depot investigator inspected the boxes he had left behind. There were six boxes of Philips Hue light bulbs, three of which had been opened and emptied and three of which remained sealed.

18. Approximately 23 minutes after he left the store, FARINATO returned, re-entered the store, and walked to where he had left the boxes. A Home Depot investigator observed FARINATO open the three previously unopened boxes, place the items inside the boxes into the pockets of his jacket and cargo shorts, and exit the store.

19. Home Depot personnel inspected all of the empty boxes and determined that they had contained the following items:

   a. Two Philips Hue White and Color Ambiance BR30 LED 65W Equivalent Dimmable Smart Wireless Flood Lights priced at $49.97 each;

   b. Two Philips Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Light Bulbs priced at $49.97 each; and

   c. Two Philips Hue White and Color Ambiance E12 LED 40W Equivalent Decorative Candle Dimmable Smart Wireless Light Bulbs priced at $49.94 each.

Therefore, the total loss suffered by Home Depot store #3487 as a result of FARINATO's theft was approximately $299.76.

20.     Eastern Bank records for Company A's account number ending in x3483 show that a check drawn on the account, dated July 26, 2018, was made payable to FARINATO in the amount of $750. The check was cashed on July 26, 2018 at an Eastern Bank branch in Beverly, Massachusetts. The bank records show that the following day, two additional checks were written out of Company A's account made payable to FARINATO. Both checks – one in the amount of $160 and the other in the amount of $420 – were dated July 27, 2018 and cashed the same day (at different Eastern Bank branches).

<u>December 27, 2018 Theft and Arrest in Natick, Massachusetts</u>

21.     On or about December 27, 2018, FARINATO was arrested by the Natick Police Department for stealing from Home Depot store #2669 in Natick, Massachusetts. Based on my review of the Natick Police Department arrest report and the Home Depot incident report, FARINATO was observed by a Home Depot employee removing two boxes of Philips Hue light bulbs from a shelf in the store. The Home Depot employee immediately contacted the Natick Police Department. The Home Depot employee continued to observe FARINATO as he opened the boxes, removed the items contained inside and concealed them on his person, and then proceeded to exit the store without paying for the items.

22.     By the time FARINATO exited the store, officers from the Natick Police Department had arrived at the scene. The officers called out to FARINATO as he exited the store, and he started running. The officers ordered FARINATO to stop, but he continued running. One of the officers pursued and ultimately tackled FARINATO. The officer conducted a pat and frisk

of FARINATO and located two light bulbs in the pockets of his jacket. FARINATO was placed under arrest.

23. Home Depot personnel inspected the empty boxes discarded by FARINATO and determined that they had contained two Philips Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Light Bulb priced at $39.98 each.

### Other 2018 Thefts

24. Home Depot has documented approximately 25 instances, including those described above, of FARINATO stealing or attempting to steal from Home Depot stores in New England in 2018. I have reviewed the Home Depot incident reports for each of these instances, which indicate that Home Depot concluded FARINATO stole or attempted to steal various types of Philips Hue light bulbs (among other products) with a total value of approximately $12,000.

### Company A/eBay Sales

#### Interview of Individual 1

25. On or about August 9, 2019 and December 9, 2019, law enforcement agents interviewed Individual 1, who provided the information below.

26. Individual 1 formed Company A for the purpose of selling items on both eBay and Amazon.

27. FARINATO was a provider for Company A. He sold items to Company A for Company A to re-sell online. At the time of the initial interview of Individual 1, FARINATO was selling items to Company A on a near-daily basis, sometimes showing up at Company A's location multiple times on the same day to sell items.

28. For the several months preceding the initial interview of Individual 1, FARINATO had primarily been selling batteries to Company A, but prior to that, FARINATO had also sold light bulbs and thermostats.

29. FARINATO told Individual 1 that the items FARINATO was selling were returned products that he had acquired from either Home Depot or Lowes. The items FARINATO sold to Company A were not in boxes. When Individual 1 asked FARINATO about this, FARINATO did not provide an explanation.

30. Individual 1 initially paid FARINATO for the items he sold to Company A on a percentage basis (*i.e.*, a percentage of what Individual 1 was able to re-sell the products for online). Individual 1 then transitioned to paying FARINATO on a per-item basis, based upon expected resale price and Individual 1's desired profit margin for each item.

31. Individual 1 typically paid FARINATO by check. Individual 1 wrote most of the checks to FARINATO personally, but he wrote some to cash (usually with FARINATO's name written on the memo line of the check).

32. Individual 1 listed the items he purchased from FARINATO for re-sale online – typically on eBay. Individual 1 shipped the products purchased online to the buyers and received payment from the buyers through PayPal.

33. Individual 1 estimated that 99.5% of all Philips Hue light bulbs (as well as Nest thermostats and DeWALT batteries) sold from his eBay account were purchased from FARINATO.

### Review of Eastern Bank and eBay Records

34. Based on my review of Eastern Bank records for Company A's account number ending in x3483, from approximately December 2014 through August 2019, approximately

$397,160.30 in checks drawn on the account were made payable to FARINATO (or to cash with FARINATO's name written on the memo line). In 2018 alone, approximately 277 checks, totaling approximately $130,879.50, were issued to FARINATO from Company A's account.

35. Based on my review of records obtained from eBay, I am aware that there is an eBay user ID associated with Company A. eBay records for Company A's user ID indicate that from approximately March 2015 through August 2019, Company A sold approximately 5,790 Philips Hue light bulb products, with a total purchase price of approximately $269,000. In 2018 alone, Company A sold approximately 3,200 Philips Hue light bulb products, with a total purchase price of approximately $131,000.

36. I identified in the eBay records a Philips Hue product that matches one of the items stolen from Home Depot stores by FARINATO on July 25, 2018, July 26, 2018, and December 27, 2018 – described in eBay records as Philips Hue White & Color 800 Lumen A19 LED Smart Light Bulb 3rd Gen Latest. The records indicate that in 2018 alone, Company A sold approximately 1,742 of these items. Approximately 1,697 of those items were sold to buyers with the shipping state located outside of Massachusetts. Based on Home Depot incident reports, this item – described in the reports as Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Light Bulb[2] – was valued at approximately $39.98 as of December 27, 2018.

37. Accordingly, I have probable cause to believe that FARINATO caused stolen products with a total value of at least $5,000 to be sold and shipped to buyers outside of Massachusetts.

---

[2] Based on my discussion with a Home Depot employee, Philips Hue White & Color 800 Lumen A19 LED Smart Light Bulb 3rd Gen Latest and Hue White and Color Ambiance A19 LED 60W Equivalent Dimmable Smart Wireless Light Bulb are different descriptions for the same item.

## Conclusion

38. Based on my knowledge, training, and experience, and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that FARINATO engaged in the interstate transportation of stolen goods, in violation of 18 U.S.C. § 2314.

Respectfully submitted,

/s/ Andrea Sciolino   DLC
Andrea Sciolino
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on July 29, 2020, by telephone

Donald L. Cabell
United States Magistrate Judge